# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, D.C. KING**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**AMILCAR M. SILVA**
**GUNNERY SERGEANT (E-7), U.S. MARINE CORPS**

**NMCCA 201400160**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 18 February 2014.
**Military Judge:** LtCol D.M. Jones, USMC.
**Convening Authority:** Commanding General, Marine Corps Recruit Depot/Eastern Recruiting Region, Parris Island, SC.
**Staff Judge Advocate's Recommendation:** LtCol R.G. Palmer, USMC.
**For Appellant:** CAPT Charles D. Stimson, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**15 July 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court